ROSNER, BARRY & BABBITT, LLP
Hallen D. Rosner, SBN: 109740
David L. Herman, SBN: 216469
10085 Carroll Canyon Road, Suite 100
San Diego, CA 92131
Telephone:  (858) 348-1005
Facsimile:   (858) 348-1150
hal@rbblawgroup.com
david@rbblawgroup.com

Attorneys for Plaintiffs

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LUNA, an individual, and ERICKA LUNA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, a Virginia limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:17-cv-00019-JGB (DTBx)<br><br>**ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Jesus G. Bernal<br>Ctrm: 1<br><br>Complaint Filed: January 6, 2017<br>Trial Date: None Set |

On March 6, 2017, plaintiffs AARON LUNA and ERICKA LUNA along with defendant CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and each party shall bear their own fees and costs.

Dated: March 6, 2017

JESUS G. BERNAL
United States District Court Judge
Central District of California